IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| NORTHERN CHEYENNE TRIBE, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, Secretary of the Interior; GREG SHEEHAN, Acting Director of the U.S. Fish and Wildlife Service; HILARY COOLEY, Grizzly Bear Recovery Coordinator; and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CV 17–119–M–DLC<br><br>ORDER |

Plaintiffs move for the admission of Joshua Osborne-Klein to practice before this Court in this case with Timothy J. Preso to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Joshua Osborne-Klein *pro hac vice* (Doc. 3) is GRANTED on the condition that Mr. Osborne-Klein shall do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and

1

participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Osborne-Klein within fifteen (15) days of this Order, file a separate pleading acknowledging his admission under the terms set forth above.

DATED this 31st day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court