IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NORTHERN CHEYENNE TRIBE; SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, as Secretary of the Department of the Interior; GREG SHEEHAN, as acting director of the U.S. Fish and Wildlife Service; HILARY COOLEY, Grizzly Bear Recovery Coordinator; and the UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency,<br><br>Federal-Defendants,<br><br>and<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | CV 17–119–M–DLC<br><br>ORDER |

Defendant-Intervenor State of Wyoming moves for the admission of Erik E. Petersen to practice before this Court in this case with Adrian Miller to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motion to admit Erik E. Petersen *pro hac vice* (Doc. 12) is GRANTED on the condition that Mr. Petersen does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Petersen within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 13th day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court