Robert T. Bell
Reep, Bell, Laird & Jasper
PO Box 16960
2955 Stockyard Road
Missoula, MT  59808
Facsimile: 406-541-4101
Telephone:  406-541-4100
bell@westernmontanalaw.com
*Attorney for Defendant-Intervenors*
*Safari Club International and*
*National Rifle Association of America*
[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Federal-Defendants,<br><br>and<br><br>SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA, et al.<br><br>Defendant-Intervenors. | CV 17-89-M-DLC-JCL<br><br>(Consolidated with Case Nos. CV 17-117-M-DLC, CV 17-118-M-DLC, CV 17-119-M-DLC, CV 17-123-M-DLC, and CV 18-016-M-DLC)<br><br>**NOTICE OF APPEAL BY SAFARI CLUB INTERNATIONAL AND THE NATIONAL RIFLE ASSOCIATION OF AMERICA** |

Please take notice that Defendant-Intervenors Safari Club International and the National Rifle Association of America appeal to the United States Court of Appeals for the Ninth Circuit from this Court's September 24, 2018, Opinion and Order granting Plaintiffs' motions for summary judgment, denying Defendants' cross-motions for summary judgment, and vacating and remanding the Final Rule delisting the Greater Yellowstone Ecosystem grizzly bear, and from the Clerk's Judgment in favor of the Plaintiffs. ECF No. 266, ECF No. 275.

DATED this 13th day of December, 2018.

    Respectfully submitted,
    /s/Robert T. Bell
    Robert T. Bell
    Reep, Bell, Laird & Jasper
    PO Box 16960
    2955 Stockyard Road
    Missoula, MT 59808
    Facsimile: 406-541-4101
    Telephone: 406-541-4100
    bell@westernmontanalaw.com
    *Attorney for Defendant-Intervenors Safari Club International and National Rifle Association of America*

    /s/ Douglas S. Burdin
    Douglas S. Burdin (D.C. Bar. No. 434107)*
    501 Second Street NE
    Washington, D.C. 20002
    Facsimile: 202-543-1505
    Telephone: 202-543-8733
    Email: dburdin@safariclub.org
    *Attorney for Defendant-Intervenor Safari Club International*

/s/ Michael T. Jean
Michael T. Jean (MI Bar No. P76010)*
11250 Waples Mill Road
Fairfax, VA 22030
Facsimile: 703-267-1164
Telephone: 703-267-1158
Email: mjean@nrahq.org
*Attorney for Defendant-Intervenor National
Rifle Association of America*
* Pro Hac Vice granted.

## CERTIFICATE OF SERVICE & COMPLIANCE

I hereby certify that on December 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

/s/ Douglas S. Burdin_____
Douglas S. Burdin (D.C. Bar. No. 434107)*
501 Second Street NE
Washington, D.C.  20002
Facsimile: 202-543-1505
Telephone: 202-543-8733
Email:  dburdin@safariclub.org
*Attorney for Defendant-Intervenor Safari Club International*

* Pro Hac Vice granted.