IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>　　　　　Federal Defendants.<br>　and<br><br>STATE OF WYOMING; et al.,<br><br>　　　　　Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

　　　Before the Court is Federal Defendants' Motion to File a Consolidated Opposition to Plaintiffs' Motions for Attorneys' Fees and Costs. (Doc. 347.) Federal Defendants request leave to file a single 13,000-word brief in response to the two active pending motions for attorneys' fees in this case. (Docs. 341; 343.) Ordinarily, a response would be limited to 6,500 words. Plaintiffs oppose the motion to the extent Defendants seek permission to file a 13,000-word brief but indicated their agreement to a 9,750-word brief. (Doc. 349 at 3.)

　　　Federal Defendants cite "efficiency and economy" as the reasons motivating their request to file a single combined response. The Court agrees with Federal

1

Defendants that there is likely to be considerable overlap in their response to both motions that makes a single brief a more efficient vehicle for communicating their position to the Court. And, because there is likely to be overlapping terrain, the Court agrees with Plaintiffs that there is simply no need for a 13,000-word brief. A 9,750-word brief allows Federal Defendants abundant room to make their points. Brevity is always appreciated.

IT IS ORDERED that the Motion (Doc. 347) is GRANTED in part and DENIED in part. Federal Defendants are granted leave to file a single combined response to Docs. 341 and 343 but are limited to 9,750 words.

DATED this 5th day of February, 2021.

_____
Dana L. Christensen, District Judge
United States District Court