IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Federal Defendants. <br> and <br><br> STATE OF WYOMING; et al., <br><br> Defendant-Intervenors. | CV 17–89–M–DLC <br><br> (Consolidated with Case Nos. <br> CV 17–117–M–DLC, <br> CV 17–118–M–DLC, <br> CV 17–119–M–DLC, <br> CV 17–123–M–DLC <br> and CV 18–16–M–DLC) <br><br> ORDER |

On December 21, 2020, this Court granted Federal Defendants and Plaintiffs Crow Indian Tribe et al.'s Joint Stipulation to Resolve Plaintiffs' Claim for Attorneys' Fees and Costs.   (Doc. 336.)   In doing so, the Court approved of the parties' agreement that once Plaintiffs received their settlement Plaintiffs would move to dismiss their pending fees motion.   (*Id.* at 4.)   It has now been over two months since the Court entered its order.   Accordingly,

IT IS ORDERED that the parties shall submit a joint status update by March 15, 2021.   The parties shall indicate whether Plaintiffs have received payment in

full, and if not, they shall provide the Court with an agreed upon deadline for

receipt of payment and Plaintiffs' motion to withdraw its fee request.

DATED this 9th day of March, 2021.

Dana L. Christensen, District Judge
United States District Court